# United States District Court

## Eastern District of California

<table>
<tr>
<td>

UNITED STATES OF AMERICA

v.

**OTIS DAVIS**

(Defendant's Name)

</td>
<td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:99CR00089 01**

DAN BRODERICK, FD
_____
Defendant's Attorney

</td>
</tr>
</table>

**THE DEFENDANT:**

[✔]    admitted guilt to violation of charges 1 AND 2 as alleged in the violation petition filed on 4/8/2009 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | NEW LAW VIOLATION | 3/23/2009 |
| 2 | FAILURE TO NOTIFY PROBATION OFFICER OF CONTACT WITH LAW ENFORCEMENT | 3/23/2009 |

The court:  [✔] revokes supervision heretofore ordered on  12/02/2008 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/02/2009
_____
Date of Imposition of Sentence

 /s/ John A. Mendez
_____
Signature of Judicial Officer

**HON. JOHN A. MENDEZ**, United States District Judge
_____
Name & Title of Judicial Officer

06/09/2009
_____
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 2:99CR00089 01 | Judgment - Page 2 of 2 |
| DEFENDANT: OTIS DAVIS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months. .

[✔]      The court makes the following recommendations to the Bureau of Prisons:
     Placement in Herlong, CA; Sheridan, Oregon; or Northern California. The court further recommends that the last 10% of the defendants sentence be served in a Community Corrections Center in the Sacramento, CA area.

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
                         UNITED STATES MARSHAL

By _____
                        Deputy U.S. Marshal